February 19th, at 10:30 a. m., and, if the respondent desires to offer further testimony, it will then be heard in open court.

HART, Appellant, v. HART, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Edgar J. M. Hart against Marguerite Y. Hart. J. A. Delehanty, for appellant. R. L. Tarbox, for respondent.

PER CURIAM. Order modified, by reducing counsel fee to $200, and, as modified, affirmed, without costs. Settle order on notice.

CLARKE, J., dissents, and votes for affirmance.

HASTINGS, Respondent, v. WELLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by John M. Hastings against Sophia Weller. No opinion. Judgment affirmed, with costs.

HAYES v. APPERSON. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Warren F. Hayes against Elmer Apperson. No opinion. Motion denied, with $10 costs. Settle order on notice.

HEBBARD v. THOMANN. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Robert W. Hebbard against Gallus Thomann. No opinion. Motion denied, on condition that appellant have appeal ready for argument at the April term. Order filed.

HEDDEN CONST. CO., Respondent, v. PROCTOR & GAMBLE CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by the Hedden Construction Company against the Proctor & Gamble Company and others. No opinion. Appeal dismissed, with costs, and order signed.

HEILMANN v. VAN NORDEN TRUST CO. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Marie S. Heilmann against the Van Norden Trust Company. No opinion. Motion granted. Settle order on notice.

HEIMBINDER, Appellant, v. SULLIVAN, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Rosie Heimbinder against Daniel Sullivan. No opinion. Motion for reargument denied, with costs. See, also, 114 N. Y. Supp. 107.

In re HEINZELMAN. (Supreme Court, Appellate Division, First Department. February 11, 1909.) In the matter of John R. Heinzelman. No opinion. Reference ordered. Settle order on notice.

HEITMAN, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Jennie Heitman, as administratrix, etc., against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff within 20 days stipulates to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., and KRUSE, J., dissent, and vote for absolute affirmance.

HENRY, Respondent, v. STANLEY HOD ELEVATOR Co., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by John Henry against the Stanley Hod Elevator Company. No opinion. Motion denied.

In re HESS. (Supreme Court, Appellate Division, First Department. February 11, 1909.) In the matter of Bernard Hess. No opinion. Reference ordered. Settle order on notice.

HICKEY, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Michael J. Hickey against the board of education of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

HIND, Respondent, v. POTTERTON, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Martha A. Hind, as administratrix, against George A. Potterton, impleaded with others. G. W. Smyth, for appellant. J. B. Quintin, for respondent. No opinion. Order affirmed. with $10 costs and disbursements. Order filed.

HIRSHKIND, Appellant, v. MANHATTAN TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Max Hirshkind against the Manhattan Trust Company and Edward Ashforth, as executors, etc., of Honora V. Cabassud, deceased. No opinion. Judgment affirmed, with costs.

In re HOAGLUND. (Supreme Court, Appellate Division, First Department. February 5, 1909.) In the matter of Hudson Hoaglund deceased.

PER CURIAM. Decree affirmed. with costs. Order filed.

CLARKE, J., dissents.

In re HOCHSTADER. (Supreme Court, Appellate Division, First Department. February 11, 1909.) In the matter of Oscar J. Hochstader. No opinion. Reference ordered. Settle order on notice.